1  KRISTA HART
   Attorney at Law
2  State Bar #199650
   PO Box 188794
3  Sacramento, California  95818
   Telephone: (916) 498-8398
4  kristahartesq@gmail.com

5  Attorney for Defendant
   Francisco Morales-Rodriguez
6

7       IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            No. Cr.S. 09-088 WBS

10             Plaintiff,

11        v.                            ORDER

12 FRANCISCO MORALES-RODRIGUEZ,

13             Defendant.

14

15 **GOOD CAUSE APPEARING** the status conference currently set for January 9,

16 2012, is vacated and reset to January 30, 2012 at 9:30 a.m. The parties will file

17 papers by January 17, 2012, which will determine whether the hearing on January

18 30, 2012, is for a change of plea or to determine the appropriate procedure to

19 follow at a future hearing.

20 DATED:  January 9, 2012

21

22  _____
    WILLIAM B. SHUBB
23  UNITED STATES DISTRICT JUDGE