1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )     2:09-CR-00088 WBS
                                     )
12          Plaintiff,               )     *AMENDED* PRELIMINARY ORDER
                                     )     OF FORFEITURE
13       v.                          )
                                     )
14  FRANCISCO MORALES-RODRIGUEZ,     )
                                     )
15          Defendant.               )
    _____)

16

17        Based upon the plea agreement entered into between plaintiff

18  United States of America and defendant entered into between

19  plaintiff United States of America and defendant Francisco Morales-

20  Rodriguez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

21        1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §

22  2461(c), defendant Francisco Morales-Rodriguez' interest in the

23  following property shall be condemned and forfeited to the United

24  States of America, to be disposed of according to law:

25             a)   Remington, model 1100 shotgun, serial
                    number N539342V.
26

27        2.  The above-listed property is a firearm that was involved or

28  used in the knowing commission of a violation of 18 U.S.C. §

1  922(g)(1).

2      3.   Pursuant to Rule 32.2(b), the Attorney General (or a

3  designee) shall be authorized to seize the above-listed property.

4  The aforementioned property shall be seized and held by the U. S.

5  Marshals Service, in its secure custody and control.

6      4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating  21

7  U.S.C. § 853(n), and Local Rule 171, the United States shall publish

8  notice of the order of forfeiture.  Notice of this Order and notice

9  of the Attorney General's (or a designee's) intent to dispose of the

10 property in such manner as the Attorney General may direct shall be

11 posted for at least 30 consecutive days on the official internet

12 government forfeiture site www.forfeiture.gov.  The United States

13 may also, to the extent practicable, provide direct written notice

14 to any person known to have alleged an interest in the property that

15 is the subject of the order of forfeiture as a substitute for

16 published notice as to those persons so notified.

17        b.   This notice shall state that any person, other than

18 the defendant, asserting a legal interest in the above-listed

19 property, must file a petition with the Court within sixty (60) days

20 from the first day of publication of the Notice of Forfeiture posted

21 on the official government forfeiture site, or within thirty (30)

22 days from receipt of direct written notice, whichever is earlier.

23     5.   If a petition is timely filed, upon adjudication of all

24 third-party interests, if any, this Court will enter a *Amended* Final

25 ///

26 ///

27 ///

28 ///

Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 6TH day of February, 2012.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE