```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DANIEL S. MCCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:09-CR-00088-WBS
                                 )
12          Plaintiff,           )   *AMENDED* FINAL ORDER OF
                                 )   FORFEITURE
13      v.                       )
                                 )
14  FRANCISCO MORALES-RODRIGUEZ, )
                                 )
15          Defendant.           )
    _____)
16
17          WHEREAS, on or about February 7, 2012, this Court
18  entered an *Amended* Preliminary Order of Forfeiture pursuant to
19  the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c),
20  based upon the guilty verdicts and the *Amended* Application for
21  Preliminary Order of Forfeiture entered into between plaintiff
22  and defendant Francisco Morales-Rodriguez forfeiting to the
23  United States the following property:
24          a)   Remington, model 1100 shotgun, serial number
                 N539342V.
25
26     AND WHEREAS, beginning on February 9, 2012, for at least 30
27  consecutive days, the United States published notice of the
28  Court's Order of Forfeiture on the official internet government
```

forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States of America has sent direct written notice by certified mail to Lucia Neves and Mary Neves.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. An *Amended* Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Francisco Morales-Rodriguez.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The U. S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 12th day of October, 2012.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE